**Lee Roy DYKES, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 18406.**

Missouri Court of Appeals,
Southern District,
Division Two.

Aug. 17, 1993.

Lew Kollias, Office of the State Public Defender, Columbia, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

PREWITT, Judge.

The trial judge denied movant's motion filed under Rule 24.035 as it was not timely filed. Movant contends that the filing time of Rule 24.035(b) denied him due process of law. Missouri courts have repeatedly held that the time requirement does not violate

due process. See *Lestourgeon v. State*, 837 S.W.2d 588, 591 (Mo.App.1992).

The judgment is affirmed.

FLANIGAN, P.J., and GARRISON, J., concur.